**No. 11-98. Marie Toomer, et al., Petitioners v. United States.**

565 U.S. 882, 132 S. Ct. 251, 181 L. Ed. 2d 145, 2011 U.S. LEXIS 5321.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 615 F.3d 1233.

**No. 11-100. James F. Osterbur, Petitioner v. United States, et al.**

565 U.S. 882, 132 S. Ct. 251, 181 L. Ed. 2d 145, 2011 U.S. LEXIS 5335.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 11-105. Rex J. Moats, Petitioner v. Republican Party of Nebraska, aka Nebraska Republican Party.**

565 U.S. 882, 132 S. Ct. 251, 181 L. Ed. 2d 145, 2011 U.S. LEXIS 5420.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Nebraska denied.

Same case below, 281 Neb. 411, 796 N.W.2d 584.

**No. 11-106. City of San Leandro, California, Petitioner v. International Church of the Foursquare Gospel.**

565 U.S. 882, 132 S. Ct. 251, 181 L. Ed. 2d 145, 2011 U.S. LEXIS 5458.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 673 F.3d 1059.

**No. 11-108. Donny Helene Korda, Petitioner v. Michael Bouchard, Sheriff, Oakland County, Michigan, et al.**

565 U.S. 882, 132 S. Ct. 251, 181 L. Ed. 2d 145, 2011 U.S. LEXIS 5780,

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Michigan denied.

**No. 11-110. Michael Paul Udofot, Petitioner v. Seven Eights Liquor.**

565 U.S. 882, 132 S. Ct. 252, 181 L. Ed. 2d 145, 2011 U.S. LEXIS 5596.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Minnesota denied.

**No. 11-111. Elmer A. Kobobel, et al., Petitioners v. Colorado, et al.**

565 U.S. 882, 132 S. Ct. 252, 181 L. Ed. 2d 145, 2011 U.S. LEXIS 5755.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Colorado denied.

Same case below, 249 P.3d 1127.